Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB C. AHLFELDT,<br><br>Defendant. | No.  6:20-po-00066-JDP<br><br><br><br>**MOTION TO DISMISS; AND**<br><br>**ORDER THEREON** |

The Defendant having met all conditions of the Deferred Entry of Judgement, the United States hereby moves the Court for an order of dismissal pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed hereon.

Dated:  February 19, 2021         /S/ *Sean O. Anderson*_____
                                                  Sean O. Anderson
                                                  Legal Officer
                                                  Yosemite National Park

1

ORDER

Upon review, the court GRANTS the motions filed by the United States filed on February 19, 2021 (Doc. Nos. 11, 12) and hereby ORDERS:

1. The review hearing scheduled for February 23, 2021 is vacated.
2. Defendant's probation is terminated effective this date.
3. The matter of *United States v. Ahlfeldt 6:20-po-00066-JDP*, is dismissed in the interest of justice.

IT IS SO ORDERED.

Dated:   February 19, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2